COMMONWEALTH of Pennsylvania, Respondent

v.

Donald C. EICHLER, Petitioner

No. 315 WAL 2016

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal and Application to File Supplement to Petition for Allowance of Appeal are DENIED.